BEFORE THE SECOND DIVISION, APRIL 22, 1969

**No. P69/112.**—New York Merchandise Co., Inc., et al. *v.* United States, protests 66/57616, etc. (San Diego).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of toyo paper cord sewing baskets similar in all material respects to those the sub-

ject of *John Dritz & Sons, Inc.* v. *United States* (59 Cust. Ct. 570, C.D. 3231), the claim of the plaintiffs was sustained.